**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-4748-16T2

ALLIANCE SHIPPERS, INC.,

    Plaintiff-Appellant,

v.

MIDLAND WEST, INC.,

    Defendant-Respondent.

_____

Submitted December 19, 2018 - Decided January 4, 2019

Before Judges Ostrer and Mayer.

On appeal from Superior Court of New Jersey, Law Division, Mercer County, Docket No. DJ-195336-14.

Lebensfeld, Sharon & Schwartz, PC, attorneys for appellant (Ronald Horowitz, on the briefs).

Curcio Mirzaian Sirot, LLC, attorneys for respondent (Paul F. Campano, of counsel; Jessica A. Tracy and Michael D. Zahler, on the brief).

PER CURIAM

This matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-4748-16T2